AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Douglas Green, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.    1:14-cv-02225-MGL |
| Lieutenant Sandra Kirkland; Officer James McElroy; Michael McCall, | ) |
| *Defendant*s | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■ other: summary judgment is entered in favor of the defendants, Officer James McElroy and Michael McCall.  The plaintiff, Douglas Green, shall take nothing of the defendants, Officer James McElroy and Michael McCall, and this action is dismissed with prejudice as to those defendants.

■ other: the plaintiff, Douglas Green, shall take nothing of the defendant, Lieutenant Sandra Kirkland, and this action is dismissed with prejudice as to that defendant.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary G. Lewis, US District Judge, presiding.  The Court having adopted the Reports and Recommendations of US Magistrate Judge Shiva V. Hodges, granting the defendants' motion for summary judgment as to defendants McElroy and McCall and, dismissing the action with prejudice for failure to prosecute as to defendant Kirkland.

Date:    July 30, 2015                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                        s/M. Walker
                                                                        *Signature of Clerk or Deputy Clerk*